# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LIFE INSURANCE COMPANY OF THE SOUTHWEST,

   Plaintiff,

v.            Case No: 6:18-cv-2177-Orl-40LRH

JOSE FRAN BARRAGAN,

   Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. 14) filed on January 30, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 28, 2019 (Doc. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. 14) is **GRANTED**.

3. The Court **FINDS** that Plaintiff effectively rescinded the subject insurance policy and rider.

4. The Clerk is **DIRECTED** to issue a Judgment consistent with the Court's ruling on this Report and Recommendation and, thereafter, to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 15, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties